UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDREWS,

          Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY

          Defendant.

19cv4095 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The defendant having confessed error, the defendant moved to reverse the decision of the Commissioner and to remand this case to the Social Security Administration. It is ordered that the Commissioner's decision is reversed and the matter is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment remanding this case to the Social Security Administration and to close this case.

**SO ORDERED.**

Dated:    New York, New York
           January 6, 2020

                                      John G. Koeltl
                               United States District Judge

Copy emailed to the pro se party at docket address.