**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL ANDREWS,
                          Plaintiff,                        19 CIVIL 4095 (JGK)

        -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2020, the Commissioner's decision is reversed and the matter is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:** New York, New York
            January 8, 2020

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                        **BY:**
                                                           **Deputy Clerk**